1 | PHILLIP A. TALBERT
United States Attorney
2 | ALSTYN BENNETT
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |

6 | Attorneys for Plaintiff
United States of America
7 |



**FILED**

**Nov 07, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          CASE NO.    2:24-cr-0302 JAM

12 |                     Plaintiff,    21 U.S.C. § 841(a)(1) – Distribution of
                                       Methamphetamine; 21 U.S.C. § 853(a) – Criminal
13 |          v.                       Forfeiture

14 | JULIAN RAYMON ORTIZ,

15 |                     Defendant.

16 |

17 |                    I N D I C T M E N T

18 | The Grand Jury charges: T H A T

19 |                    JULIAN RAYMON ORTIZ,

20 | defendant herein, on or about April 30, 2024, in the County of Sacramento, State and Eastern District of

21 | California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance

22 | containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of

23 | Title 21, United States Code, Section 841(a)(1).

24 | FORFEITURE ALLEGATION:  [21 U.S.C. § 853(a) – Criminal Forfeiture]

25 |      1.      Upon conviction of the offense alleged in this Indictment, defendant JULIAN RAYMON

26 | ORTIZ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the

27 | following property:

28 | / / /

INDICTMENT

1

1          a.    Any real or personal property, which constitutes or is derived from any proceeds

2  obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used,

3  in any manner or part to commit or to facilitate the commission of the offense.

4          b.    A sum of money equal to the total amount of proceeds obtained as a result of the

5  offense, for which defendant is convicted.

6      2.    If any property subject to forfeiture, as a result of the offense alleged in this Indictment,

7  for which defendant is convicted:

8          a.    cannot be located upon the exercise of due diligence;

9          b.    has been transferred or sold to, or deposited with, a third party;

10         c.    has been placed beyond the jurisdiction of the Court;

11         d.    has been substantially diminished in value; or

12         e.    has been commingled with other property which cannot be divided without

13             difficulty;

14  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

15  forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

16

17                                 A TRUE BILL.

18                                 _: _ignature on file w/AUSA

19

20                                 _____
                                   FOREPERSON
21  PHILLIP A. TALBERT
    United States Attorney
22

23

24

25

26

27

28

INDICTMENT                              2

No. _ _ _ _ _ _ _ _ _

2:24-cr-0302 JAM

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

JULIAN RAYMON ORTIZ

### I N D I C T M E N T

**VIOLATION(S):**   21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine;
21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*

### /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ 7th _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ November _ _ _ _ _ , *A.D. 20* 24 _ _ _ _

/s/ Jonathan Anderson
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ Bench warrant to issue; detention/release to be addressed at initial
appearance
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
U.S. Magistrate Judge

GPO 863 525

2:24-cr-0302 JAM

**United States v. Julian Raymon ORTIZ**
**Penalties for Indictment**

VIOLATION:              21 U.S.C. §§ 846, 841(a)(1) – Distribution of at least 500 Grams of
                        a Mixture and Substance Containing a Detectable Amount of
                        Methamphetamine

PENALTIES:              Mandatory minimum of 10 years in prison and up to life in prison;
                        or
                        Fine of up to $10,000,000; or both fine and imprisonment
                        Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:     $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION:              21 U.S.C. § 853(a) – Criminal Forfeiture

PENALTIES:              As stated in the charging document