ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00302-JAM |
|---|---|
| Plaintiff, | NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| JULIAN RAYMOND ORTIZ, | |
| Defendant. | |

The United States respectfully submits the attached Order issued by the Honorable William B. Shubb in *United States v. Vasquez*, Case No. 2:25-cr-0135-WBS, on October 20, 2025. The Order addresses the same or similar arguments advanced by defendant Julian Ortiz in this case. ECFs 22, 23. The government incorporates the *Vasquez* Order as authority in support of its opposition to Ortiz's pending motion to dismiss.

ERIC GRANT
United States Attorney

Dated: October 20, 2025            By: /s/ *Jason Hitt*
                                       JASON HITT
                                       Assistant United States Attorney