EXHIBIT A

# Federal Public & Community Defenders

November 17, 2025

Hon. Susan Collins
Chair
Senate Committee on Appropriations
413 Dirksen Senate Office Building
Washington, DC 20510

Hon. Patty Murray
Vice Chair
Senate Committee on Appropriations
154 Russell Senate Office Building
Washington, DC 20510

Hon. Bill Hagerty
Chair
Senate Committee on Appropriations
Subcommittee on Financial Services and
General Government
251 Russell Senate Office Building
Washington, DC 20510

Hon. Jack Reed
Ranking Member
Senate Committee on Appropriations
Subcommittee on Financial Services and
General Government
727 Hart Senate Office Building
Washington, DC 20510

Hon. Tom Cole
Chair
House Committee on Appropriations
2207 Rayburn House Office Building
Washington D.C., 20515

Hon. Rosa DeLauro
Ranking Member
House Committee on Appropriations
2413 Rayburn House Office Building
Washington, DC 20515

Hon. David Joyce
Chair
House Committee on Appropriations
Subcommittee on Financial Services and
General Government
2065 Rayburn House Office Building
Washington, DC 50515

Hon. Steny Hoyer
Ranking Member
House Committee on Appropriations
Subcommittee on Financial Services and
General Government
1705 Longworth House Office Building
Washington, DC 20515

Dear Chairpersons Collins, Haggerty, Cole, and Joyce, Vice Chair Murray, and Ranking Members Reed, DeLauro, and Hoyer:

The undersigned Federal Public and Community Defenders write to express our deep concern over the persistent underfunding of federal public defense. We appreciate the continued support of leaders and members in both the House and Senate, reflected most recently in government funding bill signed by President Trump on November 12, 2025. The $1.564 billion dollar anomaly for Federal and Community Defenders found in that bill is an important first step towards sustaining indigent criminal defense in our country. But it is only a first step. As you continue your work, please give attention to fully funding Defender Services beyond this short-term anomaly. While the recent and unfortunate panel attorney payment deferrals have heightened awareness of the severe budget shortfalls for Defender Services, the funding emergency that made the anomaly found in the current CR necessary has been several years in the making. This has had a devastating

impact on indigent criminal defense. Failing to fully and consistently fund Defender Services again will have dire consequences which will make recent events pale in comparison.

First, CJA panel attorneys across the nation are owed roughly $70 million dollars for work performed in federal court since July 8, 2025 until the end of FY 2025. This has led to layoffs, increasing debt, and difficult choices for panel lawyers nationwide. For example, in New Mexico, a group of 52 panel attorneys, paralegals, investigators and mitigation specialists wrote the Federal District Court, stating that they can no longer accept new appointments, explaining that the "CJA funding crisis has left counsel unable to responsibly take on additional representation consistent with our professional and ethical obligations to their current clients."[1]

This crisis is a result of the inefficient and inconsistent way we have funded public defense in recent years. The FY 2025 funding shortfall that impacted both the panel and defenders began with an AO accounting glitch in the FY 2024 cycle. And because we were underfunded in FY 2025, we began FY 2026 in the red. But even at the current anomaly level, during FY 2026 panel funding will again fall short, this time by a projected $124.7 million. This is not sustainable. The only way to address this problem is through consistent funding which fully supports Defender Services.

Second, the $1.564 billion dollar anomaly still leaves a $200 million dollar delta between the CR anomaly and the original $1.76 billion request to support Defender Services operations. Because of reduced and inconsistent funding, Defenders have been under a hard hiring freeze for the last two years. As we enter our third year of a hiring freeze, we are 544 positions below what our staffing formula dictates, and 360 positions below our FY 2026 request. We are seeing the impact of this crisis play out in our offices. Defenders are not just operating lean. Due to forced cuts in the face of ongoing DOJ initiatives, we face failure.

Third, there is a cumulative impact to persistently underfunding Defender Services year after year. It impacts the efficiency and efficacy of the criminal legal system. Understaffing Federal Public and Community Defenders, combined with CJA panel lawyers declining federal work, results in fewer attorneys available to accept new cases. This causes an ever-increasing cascade of negative effects on the criminal legal system and higher costs in the future.

Public defense attorneys handle the most complex, high-stakes federal criminal cases. We value your continued support and advocacy on our behalf, but more funding is required to sustain this work. With full funding, Congress will preserve the integrity of the federal criminal legal system, uphold the constitutional guarantee of effective representation, and avoid unnecessary and excessive downstream costs which will ultimately burden taxpayers. We respectfully urge you to consider full and consistent funding for Defender Services. Please let us know if we can provide any additional information.

---

[1] Letter of Ryan Villa, Criminal Justice Act representative for the District of New Mexico, to Chief Judge Gonzales (November 5, 2025).

| | | |
|---|---|---|
| /s/<br>Cecilia Vaca<br>Middle District of Alabama | /s/<br>Kevin Butler<br>Northern District of Alabama | /s/<br>Carlos Williams<br>Southern District of Alabama |
| /s/<br>Jamie McGrady<br>District of Alaska | /s/<br>Jon M. Sands<br>District of Arizona | /s/<br>Lisa G. Peters<br>Eastern District of Arkansas |
| /s/<br>James B. Pierce<br>Western District of Arkansas | /s/<br>Cuauhtemoc Ortega<br>Central District of California | /s/<br>Heather Erica Williams<br>Eastern District of California |
| /s/<br>Jodi Halim Linker<br>Northern District of California | /s/<br>Kasha Castillo<br>Southern District of California | /s/<br>Virginia Grady<br>District of Colorado |
| /s/<br>Terence S. Ward<br>District of Connecticut | /s/<br>Eleni Kousoulis<br>District of Delaware | /s/<br>A. J. Kramer<br>District of Columbia |
| /s/<br>Charles L. Pritchard, Jr.<br>Middle District of Florida | /s/<br>Joseph F. DeBelder<br>Northern District of Florida | /s/<br>Hector A. Dopico<br>Southern District of Florida |
| /s/<br>Byron Conway, Jr.<br>Middle District of Georgia | /s/<br>Natasha Silas<br>Northern District of Georgia | /s/<br>Leilani V. Lujan<br>District of Guam & Northern Mariana Is. |
| /s/<br>Salina M. Kanai<br>District of Hawaii | /s/<br>Nicole Owens<br>District of Idaho | /s/<br>Thomas W. Patton<br>Central District of Illinois |
| /s/<br>John Murphy<br>Northern District of Illinois | /s/<br>Kim C. Freter<br>Southern District of Illinois | /s/<br>Jerome T. Flynn<br>Northern District of Indiana |
| /s/<br>Monica Foster<br>Southern District of Indiana | /s/<br>Brad Hansen<br>Northern & Southern District of Iowa | /s/<br>Melody Brannon<br>District of Kansas |
| /s/<br>Scott Wendelsdorf<br>Western District of Kentucky | /s/<br>Claude Kelly<br>Eastern District of Louisiana | /s/<br>Rebecca Hudsmith<br>Cristie Gibbens<br>Western District of Louisiana |

3

| | | |
|---|---|---|
| /s/<br>James Shannon Nixon<br>District of Maine | /s/<br>James Wyda<br>District of Maryland | /s/<br>Tara I Allen<br>District of Massachusetts, New Hampshire, & Rhode Island |
| /s/<br>Michael Carter<br>Eastern District of Michigan | /s/<br>Sean Redfield Tilton<br>Western District of Michigan | /s/<br>Katherian Roe<br>District of Minnesota |
| /s/<br>Omodare Jupiter<br>Northern & Southern District of Mississippi | /s/<br>Nanci H. McCarthy<br>Eastern District of Missouri | /s/<br>Laine Cardarella<br>Western District of Missouri |
| /s/<br>Rachel Julagay<br>District of Montana | /s/<br>Rich McWilliams (Acting)<br>District of Nebraska | /s/<br>R. L. Valladares<br>District of Nevada |
| /s/<br>K. Anthony Thomas<br>District of New Jersey | /s/<br>Margaret Katze<br>District of New Mexico | /s/<br>Tamara Giwa<br>Eastern & Southern District of New York |
| /s/<br>Lisa Ann Bellew-Peebles<br>Eric Schillinger<br>Northern District of New York | /s/<br>Marianne Mariano<br>Western District of New York | /s/<br>George Alan DuBois<br>Eastern District of North Carolina |
| /s/<br>Eric Placke (Interim)<br>Middle District of North Carolina | /s/<br>John Baker<br>Western District of North Carolina | /s/<br>Stephen C. Newman<br>Northern District of Ohio |
| /s/<br>Joseph Robert Medici<br>Southern District of Ohio | /s/<br>Scott Alan Graham<br>Eastern District of Oklahoma | /s/<br>Julia L. OConnell<br>Northern District of Oklahoma |
| /s/<br>Jeff Byers<br>Western District of Oklahoma | /s/<br>Fidel Cassino-DuCloux<br>District of Oregon | /s/<br>Lisa Lewis<br>Eastern District of Pennsylvania |
| /s/<br>Alexandria J Lappas (Acting)<br>Middle District of Pennsylvania | /s/<br>Elisa A. Long (Acting)<br>Western District of Pennsylvania | /s/<br>Rachel Brill<br>District of Puerto Rico |

| /s/ | /s/ | /s/ |
|---|---|---|
| William F. Nettles<br>District of South Carolina | Jason Tupman<br>District of South Dakota & North Dakota | Gianna Maio<br>Eastern District of Tennessee |
| /s/<br>Dumaka Shabazz<br>Middle District of Tennessee | /s/<br>Tyrone Paylor<br>Western District of Tennessee | /s/<br>John D McElroy<br>Eastern District of Texas |
| /s/<br>Jason Hawkins<br>Northern District of Texas | /s/<br>Philip G. Gallagher<br>Southern District of Texas | /s/<br>Maureen Scott Franco<br>Western District of Texas |
| /s/<br>Scott Keith Wilson<br>District of Utah | /s/<br>Alejandro B. Fernandez<br>District of Vermont | /s/<br>Matthew Alan Campbell<br>District of Virgin Islands |
| /s/<br>Geremy Kamens<br>Eastern District of Virginia | /s/<br>Mary E. Maguire<br>Western District of Virginia | /s/<br>Andrea George<br>Eastern District of Washington |
| /s/<br>Colin Fieman<br>Western District of Washington | /s/<br>Brian J. Kornbrath<br>Northern District of West Virginia | /s/<br>Wesley P. Page<br>Southern District of West Virginia |
| /s/<br>Craig Albee<br>Eastern & Western District of Wisconsin | /s/<br>Tracy Hucke<br>District of Wyoming | |