EXHIBIT B



**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California

| | |
|---|---|
| 801 I Street, 3rd Floor | 2300 Tulare Street, Suite 330 |
| Sacramento, California 95814-2510 | Fresno, California 93721-2228 |
| (916) 498.5700 | (559) 487.5561 |
| Toll Free: (855) 328.8339 | Toll Free: (855) 656.4360 |
| FAX (916) 498.5710 | FAX (559) 487.5950 |

Capital Habeas Unit (CHU)  (916) 498.6666
Toll Free: (855) 829.5071   Fax (916) 498.6656

HEATHER E. WILLIAMS
Federal Defender
(916) 498.5706 ext. 7234
heather_williams@fd.org

To:     FD-CAE colleagues and CAE CJA Panel lawyers
From:   Heather E. Williams, Federal Defender
RE:     **Continuing Resolution passed 11/12/2025 and its impact on Federal Defender funding and staffing and CJA Panel payments**
Date:   November 19, 2025

---

This *Memo* helps explain the effects of Congressional budget proposals and approvals on Federal Defender funding and staffing and on CJA Panel payments.

Before FY2025's end, we got a *Memo* from the Administrative Office of the U.S. Courts (AO) on July 25, 2025. Entitled "HOUSE ACTION ON FISCAL YEAR 2026 JUDICIARY APPROPRIATIONS," as to a FY2026 Federal Defender and CJA lawyer budget, it read:

> For the Defender Services account, the House FSGG bill provides $1.57 billion, a $120 million (8.2 percent) increase above FY 2025 and $196 million below the FY 2026 request. Funding at this level would require the Defender Services program to downsize by over 600 positions from the FY 2025 financial plan level (assuming downsizing is accomplished on October 1; reductions would be higher if downsizing occurs later in the year); defer panel attorney payments for 77 days, beginning around June 11, 2026, which would be the longest deferral in the history of the program; or some combination of these measures. Reductions of this magnitude would inhibit the Defender Services program from meeting its constitutionally mandated mission.

By this *Memo*'s date, our CJA panel lawyer got no payments since July 8, 2025, 17 days earlier. Everyone hoped they'd be paid come October 1, the FY2026 start once Congress approved a budget or continuing resolution (CR).

That did not happen.

As we know, the federal government was shutdown with an appropriation lapse for 43 days. Once Congress passed a CR on November 12, the AO sent a *Memo* explaining the CR's impact: "FISCAL YEAR 2026 CONTINUING RESOLUTION AND STATUS OF JUDICIARY OPERATIONS (11/13/2025)"

> The CR extension enables the entire federal government to remain open through January 30 while Congress and the Administration continue negotiations on the nine

1

unfinished FY 2026 appropriations bills. The CR funds the Judiciary at FY 2025 levels with the exception of Defender Services, which receives a $114 million increase above a hard freeze to address the backlog of panel attorney payments.

We understand Panel payments will be processed starting this week at the rate of paying about 4000 vouchers a day in the order they were submitted for payment to the AO. At this rate, CJA voucher payments should be caught up in 2-3 weeks.

From a Monday, November 17, 2025 meeting with Defender Services Director Elizabeth Luck to discuss the budget and hiring, I learned:

- Despite Congress approving an anomaly of what might be full year funding for CJA (FPD and CJA Panel lawyers) at $1.451 billion (less than the House $1.57 billion full year appropriation and including an unanticipated and not planned for 1% approved FPD COLA and Panel $2/hour COLA increase) neither the House nor Continuing Resolution amounts fully fund either

    (a) FPD Offices, meaning a continued hiring freeze at 600 FTE lower than the 4692 FTE requested, nor

    (b) CJA Panel payments for the full FY2026, predicting they will stop again in early July 2026 until either FY2027's budget or CR.

- Further, despite the "full year funding" anomaly, as with the rest of the U.S. Government, come January 31, if there is no CR nor budget, Defenders and CJA funds and payments will lapse again until either a budget or CR are passed. January 30 is a federal pay date

So, there is no guarantee we won't be back in appropriation lapse mode again come January 31, 2026.