EXHIBIT C



ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS

HONORABLE ROBERT J. CONRAD, JR.
Director

WASHINGTON, D.C. 20544

November 13, 2025

MEMORANDUM

To: All United States Judges
Circuit Executives
Federal Public/Community Defenders
District Court Executives
Clerks, United States Courts
Chief Probation Officers
Chief Pretrial Services Officers
Senior Staff Attorneys
Circuit Librarians
Chief Circuit Mediators
Bankruptcy Administrators

From: Judge Robert J. Conrad, Jr. *[signature]*
Director

RE: FISCAL YEAR 2026 CONTINUING RESOLUTION AND STATUS OF JUDICIARY OPERATIONS **(IMPORTANT INFORMATION)**

This memorandum provides an update on the Judiciary's funding status and guidance for operating under the newly enacted continuing resolution (CR).

**FUNDING STATUS**

As noted in the memorandum transmitted on November 12, 2025, congressional leadership reached an agreement for a funding package that includes a CR through January 30, 2026, thus allowing the portions of the federal government impacted by the lapse in appropriations to reopen. The Senate and House of Representatives have passed the measure, and the President signed the extension into law. The CR was packaged with enactment of three of the federal government's twelve appropriations bills, but did not include the Financial Services and General Government bill that funds the Judiciary. The CR extension enables the entire federal government to remain open through January 30 while Congress and the Administration continue negotiations on the nine unfinished FY 2026 appropriations bills. The CR funds the Judiciary at FY 2025 levels with the

exception of Defender Services, which receives a $114 million increase above a hard freeze to address the backlog of panel attorney payments.

## BACK PAY FOR JUDICIARY EMPLOYEES

All Judiciary employees paid biweekly, whether they were furloughed or performing excepted activities, will be paid for the duration of Phase 2 of the lapse in appropriations. Paychecks for pay period 23 (October 20 – November 2) will be deposited on Tuesday, November 18. Paychecks for pay period 24 (November 3 – November 16) will be deposited on the regular pay date of Friday, November 21. The AO's Human Resources Office has provided more detailed information regarding leave tracking and related human resources processing guidance on the JNet in updated human resources FAQs.

The CR extension does not block a 2026 pay adjustment for federal civilian workers. In August 2025, the President proposed a one percent federal employee pay adjustment to base pay, effective January 2026. The next step to implement a January 2026 pay adjustment would be for the President to issue an executive order in late December 2025.

## OPERATIONS DURING THIS CONTINUING RESOLUTION

Beginning today through January 30, 2026, the Judiciary can resume operating under the terms of the CR, which allows most operations to continue at the current rate for the CR period but requires federal entities to take ". . . the most limited funding action . . . in order to provide for continuation of projects and activities." Court units should limit obligations to those necessary to carry out their mission and maintain current operations. Court units may fill positions as appropriate to address caseload and workload needs. The CR contains other restrictions, and the AO's Budget Division will provide more detailed CR guidance next week.

## ONGOING LAPSE PLANNING

Because there is a possibility of another lapse in appropriations at the end of the CR, the Shutdown Guidance 2026 page on the JNet will remain active, including the FAQs. We will update the guidance as necessary, incorporating lessons learned during the lapse.

The past several weeks have been a very demanding and uncertain time for judges and Judiciary employees, yet our Branch united to meet the challenges. Our collective

Fiscal Year 2026 Continuing Resolution and Status of Judiciary Operations    Page 3

contributions during this time reflect the depth of our Branch's commitment to public service and dedication to carrying out the Judiciary's mission.

    We will continue to update you on the status of FY 2026 Judiciary appropriations as more information is available.

cc:    Honorable Robert M. Dow, Jr., Counselor to the Chief Justice
       Honorable Robin Rosenberg, Director, Federal Judicial Center
       Mr. Kenneth P. Cohen, Staff Director, U.S. Sentencing Commission
       Budget Analysts
       Financial Administrators
       Human Resource Contacts
       Certified Contracting Officers

# CJA Panel Attorney Funds Information FY 2025

*Updated: Nov. 18, 2025*

With the passage of a continuing resolution through Jan. 30, 2026, Criminal Justice Act payments may now be processed. Payments will be made in daily batches of 4,000 in sequential order starting with the oldest payments. We anticipate that the first payments should reach Treasury for disbursement the week of Nov. 17, 2025. It is estimated that it will take approximately two weeks to completely clear the backlog.

## Contacts

- Status of an individual voucher: Your local CJA administrator
- CJA Administrator technical eVoucher questions: National Support Desk
- National CJA policy questions: DSO_LPD@ao.uscourts.gov

### Related Links

Funding Crisis Leaves Defense Lawyers Working Without Pay