1  ERIC GRANT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

12 |                    Plaintiff,        CASE NO. 2:24-CR-302-JAM

13 |          v.                          NOTICE OF APPEAL

14 | JULIAN RAYMON ORTIZ,

15 |                    Defendant.

16

17     NOTICE IS HEREBY GIVEN that plaintiff United States of America, by and

18 through the United States Attorney for the Eastern District of California, hereby appeals,

19 pursuant to 18 U.S.C. § 3731 and 28 U.S.C. § 1291, to the United States Court of Appeals

20 for the Ninth Circuit from the November 12, 2025 Order granting dismissal of the

21 indictment in the above-referenced case and the December 8, 2025 Order denying the

22 government's motion for reconsideration. CR 30, 35. These orders were entered on the

23 district court's docket on November 12 and December 8, 2025, respectively.

24     Dated: January 5, 2026              ERIC GRANT
                                           United States Attorney
25

26                                  By:  /s/ Jason Hitt
                                         JASON HITT
27                                       Assistant United States Attorney

28

NOTICE OF APPEAL